UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-20050-CR-HUCK

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ERIK HUTTON MASTERS,

    f/k/a "Erik Baxter Walsh",

        Defendant.

_____/

## UNOPPOSED MOTION TO TERMINATE PROBATION

Erik Hutton Masters, f/k/a "Erik Baxter Walsh, ("Masters") through undersigned counsel files this Unopposed Motion to Terminate Probation. As grounds Masters states the following:

1. Masters was sentenced by this Court to a five year period of probation running consecutive to the sentence imposed in Case. No. 06-20071-CR-MOORE. (D.E. 60).

2. Masters probationary sentence included certain special conditions including 500 hours of community service.

3. Masters commenced his probationary sentence on or about November 1, 2010 and has now completed in excess of two thirds of his probationary sentence.

4. Masters is gainfully employed and has complied with all of the special conditions of his probation.

5. Specifically, Masters has exceeded the 500 community service hours that were a special condition of his probation.

6. Given Masters' successful probationary experience and the absence of any additional special conditions of probation, Masters requests that his probation be terminated.

7. Undersigned counsel has spoken with Assistant United States Attorney Harold Schimkat who has no objection to this application to terminate probation.

**WHEREFORE**, Walsh requests that this Motion to Terminate Probation be granted.

Respectfully submitted,

BRUCE A. ZIMET, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel: (954)764-7081
Fax: (954) 760-4421
Email: bazimetlaw@aol.com

/s/ Bruce A. Zimet_____
BRUCE A. ZIMET
Florida Bar No. 225053

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 14, 2014 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service list in the manner specified, either transmission of Notice of Electronic Filing generated by CM/ECF of in some other authorized manner for those counsel of parties who are not authorized to received Notices of Electronic Filing.

/s/ Bruce A. Zimet_____
BRUCE A. ZIMET, ESQUIRE