UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-20050-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERIK HURRON MASTERS f/k/a
"Erik Baxter Walsh,"

        Defendant.
_____/

## ORDER GRANTING DEFENTANT'S
## UNOPPOSED MOTION TO TERMINATE PROBATION

THIS MATTER came before the Court upon Defendant's Unopposed Motion to Terminate Probation [D.E. No. 64], filed April 14, 2014. Defendant has represented to the Court that the United States has no objection to the Motion. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion to Terminate Probation is GRANTED.

DONE AND ORDERED in Chambers, Miami, Florida, on April 15, 2014.

                                                PAUL C. HUCK
                                                UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
All Counsel of Record